**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: November 19 2010

Mary Ann Whipple
United States Bankruptcy Judge

BK1011201
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT TOLEDO

| | |
|---|---|
| IN RE: | Case No. 10-36437 |
| Robert Gosser<br>Beth Gosser | Chapter 7 |
| | Judge Whipple |
| Debtors | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT<br>109 EAST MADISON STREET, SANDUSKY, OH 44870** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **8**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 109 East Madison Street Sandusky, OH 44870.

SUBMITTED BY:

/s/ Michael R Proctor
Michael R Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0076240
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Patti Baumgartner-Novak - Trustee
3015 Navarre Avenue
Suite 203
Oregon, OH 43616
pnovak@buckeye-express.com
VIA ELECTRONIC SERVICE

Robert Gosser - Debtor
3176 Scottley Drive
Sandusky, OH 44870
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Beth Gosser - Debtor
3176 Scottley Drive
Sandusky, OH 44870
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Adrienne Marie Hines, Esq. - Attorney for Debtors
502 W Washington St.
Sandusky, OH 44870
lauriet@ckhlaw.com
VIA ELECTRONIC SERVICE

National Check Bureau Inc. - Creditor
c/o CT Corp
1300 East 9th Street
Cleveland, OH 44114
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Michael R Proctor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Unifund - Creditor
10625 Techwoods Circle
Cincinnati, OH 45242
ORDINARY U.S. MAIL, POSTAGE PRE-PAID